■ THEODORE W. REDFIELD, JR. v. COH-LER CORP. — Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Rabin, McNally and Bergan, JJ.

■ GUY L'HEUREUX v. RAYMOND L'HEUREUX. — Motion to dismiss appeal granted, without costs. Concur — Botein, J. P., Rabin, McNally and Bergan, JJ.

## (June 6, 1957)

■ In the Matter of WENDELL A. JEANPIERRE, Appellant, against WARD B. ARBURY et al., Constituting the State Commission Against Discrimination, Respondents. — Order of this court entered May 7, 1957, resettled. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [See *ante*, p. 514.]

■ HARON H. ZAKKAI, Respondent, v. NISSIM DAVID et al., Appellants, et al., Defendant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.